

1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,     )   1:07-cr-00079 OWW
                                 )
10            Plaintiff,         )
                                 )
11       v.                      )   REQUEST BY THE UNITED
                                 )   STATES TO UNSEAL
12 JOSEPH HERNANDEZ,             )   INDICTMENT
                                 )
13            Defendant.         )
                                 )
14 _____)

15      Comes now the United States, by and through its attorneys of

16 record, McGregor W. Scott, United States Attorney, and Kimberly

17 A. Sanchez Assistant United States Attorney, and request leave of

18 the Court to unseal the Criminal Indictment, in the above-

19 referenced matter.

20 DATED: May 3, 2007                Respectfully submitted,

21                                   McGREGOR W. SCOTT
                                     United States Attorney
22

23                             By    /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
24                                   Assistant U.S. Attorney

25 IT IS SO ORDERED:

26 DATED: May _3_, 2007              /s/ Sandra M. Snyder
                                     Hon. SANDRA M. SNYDER
27                                   U.S. Magistrate Judge

28

                                 1