1 LAW OFFICES OF DANIEL PRADO
DANIEL PRADO, State Bar No. 276065
2 DanielPradoLaw@Gmail.com
210 S. Mooney Blvd., Suite A
3 Visalia, California 93291
Telephone: (559)732-6431
4 Facsimile:  (559)732-6432

5 Attorney for Defendant
Joseph Hernandez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>JOSEPH HERNANDEZ,<br><br>                  Defendant. | CASE NO.  1:07-CR-00079-NONE-SKO<br>                 1:21-CR-00251-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on **November 30, 2021** as to defendant Hernandez regarding the Supervised Release Violation in this case.  The parties request that the status conference be continued to **December 28, 2021**.   The parties request additional time to conduct investigation as to the allegations and to discuss a resolution.

A proposed order appears below.

//

//

//

//

//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for November 30, 2021 be continued to December 28, 2021.

Respectfully submitted,

DATED: November 24, 2021         By:    /s/ *Daniel Prado*
                                        DANIEL PRADO
                                        Attorney for Joseph Hernandez

DATED: November 24, 2021         By:    /s/ *Laurel Montoya*
                                        LAUREL MONTOYA
                                        Assistant United States Attorney

## O R D E R

IT IS SO ORDERED.

Dated:  **November 24, 2021**

UNITED STATES MAGISTRATE JUDGE

2