PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00079-JLT-SKO |
| | 1:21-CR-00251-ADA-BAM |
| Plaintiff, | |
| | **AMENDED** STIPULATION TO CONTINUE |
| v. | STATUS CONFERENCE; ORDER |
| JOSEPH HERNANDEZ, JR., | DATE: August 30, 2022 |
| | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on August 30, 2022.

2.  By this stipulation, the government and defendant now move to continue the status conference until September 20, 2022.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for government was out of the office on sick leave when the status report was due to be filed with the Court.

///

   c) Counsel for government and defendant desire additional time to consult with probation, discuss case resolution, check with other courts regarding possible charges, and review the discovery.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to and agrees to the continuance.

IT IS SO STIPULATED.

Dated: August 29, 2022           PHILLIP A. TALBERT
                 United States Attorney

                 /s/ LAUREL J. MONTOYA
                 LAUREL J. MONTOYA
                 Assistant United States Attorney

Dated: August 29, 2022           /s/ DOUGLAS FOSTER
                 DOUGLAS FOSTER
                 Counsel for Defendant
                 JOSEPH HERNANDEZ, JR.

**ORDER**

IT IS SO ORDERED.

Dated: **August 29, 2022**                  
                 UNITED STATES MAGISTRATE JUDGE